1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Kale J. Harper

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 KALE J. HARPER,                    ) Case No.: 5:11-CV-01378 PLA
                                      )
12        Plaintiff,                  ) {PROPOSED} ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                    )
          Defendant                   )
16 _____    )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  December 5, 2012
23
                                      _____
24                                    THE HONORABLE PAUL L. ABRAMS
                                      UNITED STATES MAGISTRATE JUDGE
25

26

-1-